ANNA M. IRWIN et al., Individually and as Executrices of JACOB V. B. TELLER, Deceased, Appellants, v. DAVID TELLER et al., Respondents.

(Submitted March 11, 1907; decided April 9, 1907.)

Motion for re-argument denied, with ten dollars costs. (See 188 N. Y. 25.)

Remittitur so amended as to make the affirmance without prejudice to any application by the appellants for such relief as they may be entitled to as to any mortgage they may have paid on the property.